USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-5-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
THOMAS DIAMOND,               :
                              :       No. 21 Civ. 6261 (JFK)
            Plaintiff,        :
                              :       CASE MANAGEMENT
    - against -               :       ORDER
                              :
CSX TRANSPORTATION, INC.,     :
                              :
            Defendant.        :
------------------------------------ X

**JOHN F. KEENAN, United States District Judge:**

The following operative dates are hereby set as a part of the Court's case management plan:

Any additional joinder of parties by _December 1, 2021_.

Any amendment of the pleadings by _December 1, 2021_.

Plaintiff(s) will provide expert report(s), if any, to Defendant(s) by _February 4, 2022_.

Defendant(s) will provide expert report(s), if any, to Plaintiff(s) by _February 25, 2022_.

Replies to any expert reports by _March 11, 2022_.

All discovery to be complete by _March 25, 2022_.

Next conference will be held on _April 6, 2022 - 11 AM_.

Discovery supervision will be referred to Magistrate Judge Gorenstein.

**SO ORDERED.**

Dated:   New York, New York
         October 5, 2021

_____
John F. Keenan
United States District Judge