IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-2-21
```

THOMAS DIAMOND,

    Plaintiff,

v.

CSX TRANSPORTATION, INC.,

    Defendant.

Case No. 1:21-CV-06261

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Edwin Brian Palmer for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Pennsylvania and West Virginia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Edwin B. Palmer, Esq. |
| Firm Name: | Burns White LLC |
| Address: | Burns White Center |
| | 48 26th Street |
| | Pittsburgh, PA 15222 |
| Telephone: | (412) 995-3000 |
| Fax: | (412) 995-3300 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for CSX Transportation, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/2/21

John F. Keenan
United States District Judge