MEMO ENDORSED

# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234  Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Offices throughout the Northeast
Toll Free: (866) 877-FELA

Sean Constable, Esq.
Admitted in NY & MA

March 24, 2022

Hon. John F. Keenan
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-29-22

      Re:    Thomas Diamond v. CSX Transportation, Inc.
              21-CV-6261 (JFK)(GWG)

Dear Judge Keenan:

      We represent plaintiff in the above-referenced matter and are writing this letter on behalf of both parties to respectfully request an adjournment of the upcoming April 6, 2022 pre-trial conference. At the parties' request, Magistrate Judge Gorenstein extended all discovery deadlines (Docket #16). The deadline for completion of all discovery is now June 24, 2022; and the parties respectfully request that the Court reschedule the pre-trial conference to date thereafter.

Very truly yours,

Sean P. Constable

```
In light of the parties' agreement, the pre-trial conference
scheduled for April 6, 2022, is adjourned to June 30, 2022, at 11:00
A.M. in Courtroom 20C.

SO ORDERED.

Dated: New York, New York
       March 29, 2022
```

John F. Keenan
United States District Judge