UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
Thomas Diamond

    -V-

CSX Transportation, Inc.
------------------------------X

# 21cv.6261 (JFK)

The conference in this case is adjourned from June 30, 2022 to September 7, 2022 at 11:00 am in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-21-22

SO ORDERED.

Dated: New York, New York

6-21-22

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge